**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**QUEENS DIVISION**

TRACY MORANO,

  Plaintiff,

-vs-                                    CASE NO.: 1:20-CV-3589

EXPERIAN INFORMATION SOLUTIONS, INC., VERIZON COMMUNICATIONS INC., CREDIT ONE BANK, N.A. and COMENITY BANK,

  Defendants.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, TRACY MORANO, by and through the undersigned counsel, hereby notifies the Court that Plaintiff and Defendant, VERIZON COMMUNICATIONS INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail this 2nd day of December, 2020 to the following: all parties of record via the court's CM/ECF Server.

                                      ***/s/ Octavio "Tav" Gomez***
                                      Florida Bar No.: 0338620
                                      Morgan & Morgan, Tampa, P.A.
                                      201 N. Franklin Street, Suite 700
                                      Tampa, Florida 33602
                                      Telephone: 813-225-2645
                                      Facsimile: (813) 983-2889
                                      TGomez@ForThePeople.com
                                      DGagliano@ForThePeople.com
                                      *Attorney for Plaintiff*