## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

TRACY MORANO,

  Plaintiff,

-vs-

CASE NO.: 1:20-CV-3589-EK-VMS

EXPERIAN INFORMATION SOLUTIONS, INC., VERIZON COMMUNICATIONS INC., CREDIT ONE BANK, N.A. and COMENITY BANK,

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, TRACY MORANO, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of December, 2020.

| | |
|---|---|
| */s/ Octavio "Tav" Gomez* | */s/ Brett M. Weinstein* |
| Octavio "Tav" Gomez | Brett M. Weinstein, Esq. |
| Florida Bar No.: 0338620 | Jones Day |
| Morgan & Morgan, Tampa, P.A. | 250 Vesey Street |
| 201 N. Franklin Street, Suite 700 | New York, New York 10281 |
| Tampa, Florida 33602 | Telephone: (212) 326-7854 |
| Telephone: 813-225-2645 | Email: bweinstein@jonesday.com |
| Facsimile: (813) 983-2889 | *Attorney for Defendant* |
| TGomez@ForThePeople.com | |
| DGagliano@ForThePeople.com | |
| *Attorney for Plaintiff* | |