# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

TRACY MORANO,

  Plaintiff,

-vs-

EXPERIAN INFORMATION SOLUTIONS, INC., VERIZON COMMUNICATIONS INC., CREDIT ONE BANK, N.A. and COMENITY BANK,

  Defendants.
_____/

CASE NO.: 1:20-CV-3589-EK-VMS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, TRACY MORANO, and the Defendant, VERIZON ONLINE, LLC, erroneously sued as VERIZON COMMUNICATIONS INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21ST day of January, 2021.

| | |
|---|---|
| */s/ Octavio "Tav" Gomez* | */s/ Dean L. Pillarella* |
| Octavio "Tav" Gomez | Dean L. Pillarella |
| Florida Bar No.: 0338620 | Bar No.: 5707724 |
| Morgan & Morgan, Tampa, P.A. | 80 Broad Street, 23rd Floor |
| 201 N. Franklin Street, Suite 700 | New York, New York 10004 |
| Tampa, Florida 33602 | dpillarella@mkcilaw.us.com |
| Telephone: 813-225-2645 | *Attorney for Defendant* |
| Facsimile: (813) 983-2889 | |
| TGomez@ForThePeople.com | |
| DGagliano@ForThePeople.com | |
| *Attorney for Plaintiff* | |